KOLLOCK vs. BECKER, imp.

*February 19 — March 18, 1884.*

*Eldred v. Becker, ante,* p. 48, followed.

APPEAL from the Circuit Court for *Marathon* County. *John J. Cole,* for the appellant.

For the respondent the cause was submitted on the brief of *Eldred & Bump.*

LYON, J. This case is like that of *Eldred v. Becker, ante,* p. 48, except there is no affidavit of the plaintiff, as in the other case. The only portions of the record returned to this

court are the affidavit (in due form) of the prejudice of the judge, the order denying the application to change the place of trial, and the affidavit of appellant's attorney, as in the other cause. This appeal, therefore, is ruled by the judgment on the appeal in that cause. Indeed, it is a stronger case for reversal than the other.

*By the Court.*— Reversed, and remanded for further proceedings.